UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERIE INSURANCE EXCHANGE<br>100 Erie Insurance Place<br>Erie, PA 16530<br><br>As assignee of BANG CHUL PARK<br>and IMAGE REMODELING<br>CONTRACTORS<br>7704 Donnybrook Court<br>Annandale, VA 22003<br><br>    Plaintiffs,<br>v.<br><br>Inho Ko<br>13210 Dunnegan Head Place<br>Bristow, VA 20136-2698<br><br>    Defendant. | Case No.: |

## COMPLAINT

COME NOW the Plaintiffs, Erie Insurance Exchange as assignee of Bang Chul Park and Image Remodeling Contractors, by and through their attorneys, McCarthy Wilson LLP and Matthew S. Tidball, and hereby sues Inho Ko (hereinafter "Ko"), and for cause states:

    1.    Plaintiff Erie Insurance Exchange is a reciprocal Pennsylvania insurance exchange licensed to sell insurance in the District of Columbia and at all times relevant hereto provided Workers' Compensation insurance coverage to Key Woodworking, Incorporated.

    2.    Bang Chul Park was the sole member of a Limited Liability Company known as Image Remodeling Contractors.

LAW OFFICES
MCCARTHY WILSON
A LIMITED LIABILITY PARTNERSHIP
100 SOUTH WASHINGTON ST.
ROCKVILLE, MD 20850
(301) 762-7770

3. Defendant Inho Ko is a professional insurance agent with his principle offices in Annandale, Virginia, but who at all times relevant hereto, regularly transacted, solicited and/or derived substantial revenue for services or goods sold or rendered in the District of Columbia, and who caused tortious injury in the District of Columbia. Personal jurisdiction is proper under D.C. Code § 13-243 (2008).

4. Diversity jurisdiction and venue is proper in this Court under 28 U.S.C.S. §§ 1332 and 1391 respectively.

5. On or about June 3, 2004 Bang Chul Park and Image Remodeling were a carpentry subcontractor of Key Woodworking at a construction site known as the "Kennedy-Warren Apartments" in the District of Columbia. On or about that same date, an employee of Bang Chul Park and Image Remodeling, Hyunmin Kang, was seriously injured in a circular-saw accident.

6. At all times relevant hereto, Inho Ko was a professional insurance agent who sold, or arranged for the sale of several policies of insurance, including Workers' Compensation insurance, to Image Remodeling and Bang Chul Park.

7. At all times relevant hereto, Bang Chul Park and Image Remodeling reasonably relied on the representations of Defendant Inho Ko, in his professional capacity as an insurance agent, that the company and its employees were covered under a policy of Workers' Compensation insurance with Companion Property and Casualty Group, which included coverage for work performed and claims brought in the District of Columbia.

LAW OFFICES
McCARTHY WILSON
A LIMITED LIABILITY PARTNERSHIP
100 SOUTH WASHINGTON ST.
ROCKVILLE, MD 20850
(301) 762-7770

8. Defendant Ko provided Certificates of Insurance indicating that Bang Chul Park and Image Remodeling had Workers' Compensation insurance coverage for work done at the "Kennedy-Warren" apartments which is where the employee, Hyunmin Kang was injured. (See Exhibit 1 – Certificate of Insurance).

9. After said accident, Companion Property and Casualty Group did not provide such insurance coverage, as it was an assigned risk policy which only provided coverage for claims brought in the Commonwealth of Virginia.

10. Pursuant to D.C. Code § 32-1503(c), Key Woodworking and Erie Insurance were liable as the statutory employer/insurer for the injuries sustained by the employee of Image Remodeling. Erie Insurance eventually paid $184,538.53 in Workers' Compensation benefits to Hyunmin Kang.

11. Erie Insurance sued Bang Chul Park and Image Remodeling in the Superior Court for the District of Columbia for repayment of all funds expended in the Workers' Compensation claim brought by Hyunmin Kang for their failure to provide Workers' Compensation benefits.

12. On August 9, 2007 judgment was entered against Bang Chul Park and Image Remodeling in the amount of $184,538.53.

13. Erie Insurance Exchange has standing to sue through a written agreement with Bang Chul Park and Image Remodeling which sold, assigned, transferred, set over and delivered to Erie Insurance Exchange, its successors and assigns, any and all sum or sums of money now due and owing, and all claims, demands, and causes of action of

LAW OFFICES
McCARTHY WILSON
A LIMITED LIABILITY PARTNERSHIP
100 SOUTH WASHINGTON ST.
ROCKVILLE, MD 20850
(301) 762-7770

whatsoever kind and nature, against Defendant Inho Ko. (Exhibit 2 – Assignment Agreement).

## COUNT I

14. Plaintiffs reference hereto and incorporate herein, all preceding paragraphs.

15. Defendant Ko had fiduciary and contractual duties to act for the benefit of Bang Chul Park and Image Remodeling, to obtain full and complete Workers' Compensation insurance coverage for Bang Chul Park and Image Remodeling, including coverage in the District of Columbia, and to otherwise properly inform Bang Chul Park and Image Remodeling of the extent of coverage for policies that were procured. In addition, Defendant Ko knew that Bang Chul Park and Image Remodeling did not speak or read English, and that Bang Chul Park and Image Remodeling would be relying entirely upon Defendant Ko's knowledge and professional expertise concerning any and all insurance policies procured, which were prepared in English.

16. Defendant Ko breached these duties when he negligently failed to procure Workers' Compensation insurance to Bang Chul Park and Image Remodeling and negligently informed Bang Chul Park and Image Remodeling that the Companion Property and Casualty policy would cover claims for work performed and claims brought in the District of Columbia.

17. At all times relevant hereto, Bang Chul Park and Image Remodeling reasonably relied upon the expertise and knowledge of Defendant Ko.

LAW OFFICES
McCARTHY WILSON
A LIMITED LIABILITY PARTNERSHIP
100 SOUTH WASHINGTON ST.
ROCKVILLE, MD 20850
(301) 762-7770

18.  On the date of the accrual of the claim underlying this case, August 9, 2007, judgment was entered against Bang Chul Park and Image Remodeling in the amount of $184,538.53 for their failure to have Workers' Compensation coverage for its injured employee.

19.  Said damages and liability were proximately caused by the failure of Defendant Ko to properly inform Bang Chul Park and Image Remodeling that the Companion Property and Casualty policy did not provide coverage for work performed in the District of Columbia, or otherwise failed to provide Workers' Compensation insurance coverage in the District of Columbia.

20.  Bang Chul Park and Image Remodeling have assigned all rights and claims to Plaintiff Erie Insurance Exchange, including but not limited to the instant cause of action, against Defendant Inho Ko.

21.  Plaintiffs assert that they are entitled to contribution and/or indemnification with respect to the above judgment in its entirety, as a consequence of Defendant Ko's professional negligence.

WHEREFORE, Plaintiff Erie Insurance Exchange, as assignee of Bang Chul Park and Image Remodeling Contractors, demands judgment for contribution and/or indemnification for $184,538.53, together with attorney's fees and interest, and costs of this suit from the Defendant, Inho Ko.

## COUNT II

22.  Plaintiffs reference hereto and incorporate herein all preceding paragraphs.

LAW OFFICES
MCCARTHY WILSON
A LIMITED LIABILITY PARTNERSHIP
100 SOUTH WASHINGTON ST.
ROCKVILLE, MD 20850
(301) 762-7770

23. Defendant Ko had a duty to obtain full and complete Workers' Compensation insurance coverage for Bang Chul Park and Image Remodeling, and to otherwise properly inform Bang Chul Park and Image Remodeling of the extent of coverage for policies that were procured. In addition, Defendant Ko knew that Bang Chul Park and Image Remodeling did not speak or read English, and that Bang Chul Park and Image Remodeling would be relying entirely upon Defendant Ko's knowledge and expertise concerning any and all insurance policies procured, which were prepared in English.

24. Defendant Ko negligently asserted a false statement to Bang Chul Park and Image Remodeling by advising them that they were covered by Workers' Compensation insurance through Companion Property & Casualty Company for claims brought and work performed in the District of Columbia.

25. Defendant Ko had the intention, or knew or should have known, that Bang Chul Park and Image Remodeling would act or rely upon the negligent assertion. Bang Chul Park and Image Remodeling justifiably relied on Defendant Ko's words and actions.

26. The knowledge of Defendant Ko that Bang Chul Park and Image Remodeling would rely upon the negligent assertion or statement proximately caused them damage when on August 9, 2007 judgment was entered against them in the Superior Court for the District of Columbia for $184,538.53 for their failure to have Workers' Compensation coverage for its injured employee.

LAW OFFICES
McCARTHY WILSON
A LIMITED LIABILITY PARTNERSHIP
100 SOUTH WASHINGTON ST.
ROCKVILLE, MD 20850
(301) 762-7770

WHEREFORE, Plaintiff Erie Insurance Exchange, as assignee of Bang Chul Park and Image Remodeling Contractors, demands judgment for contribution and/or indemnification for $184,538.53, together with attorney's fees and interest, and costs of this suit from the Defendant, Inho Ko.

Respectfully Submitted,

McCarthy Wilson, LLP

_____
Matthew S. Tidball,       #489586
100 S. Washington Street
Rockville, Maryland 20850
*Attorneys for Plaintiff*

## JURY DEMAND

The Plaintiff hereby demands a trial by a jury on all issues herein.

_____
Matthew S. Tidball

LAW OFFICES
MCCARTHY WILSON
A LIMITED LIABILITY PARTNERSHIP
100 SOUTH WASHINGTON ST.
ROCKVILLE, MD 20850
(301) 762-7770

# CERTIFICATE OF INSURANCE

| | |
|---|---|
| | ISSUE DATE 12/04/2003 |

**PRODUCER**
INHO KO, MBA, CFP
7611 LITTLE RIVER TNPK
ANNANDALE, VA 22003

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHT UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

**COMPANIES AFFORDING COVERAGE**

| | |
|---|---|
| A | Compnion Property & Casualty Insurance Company |
| B | TAPCO |
| C | |
| D | |
| E | |

**INSURED**
Bang Chul Park
7704 DONNYBROOK CT
ANNANDALE, VA 22003

**COVERAGES**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED, NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN. THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| CO LTR | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | ALL LIMITS IN THOUSANDS | |
|---|---|---|---|---|---|---|
| B | GENERAL LIABILITY<br>X COMMERCIAL GENERAL LIABILITY<br>CLAIMS MADE  X  OCCURANC<br>OWNER'S & CONTRACTOR'S PROT. | 10925710 | 12/17/2003 | 12/17/2004 | GENERAL AGGREGATE | $2,000,000 |
| | | | | | PRODUCTS-COM/OPS AGGREGATE | $1,000,000 |
| | | | | | PERSONAL & ADVERTISING INJURY | $1,000,000 |
| | | | | | EACH OCCURANCE | $1,000,000 |
| | | | | | FIRE DAMAGE (Any one fire) | $ |
| | | | | | MEDICAL EXPENSE (Any one person) | $ |
| | AUTOMOBILE LIABILITY<br>ANY AUTO<br>ALL OWNED AUTOS<br>SCHEDULED AUTOS<br>HIRED AUTOS<br>NON-OWNED AUTOS<br>GARAGE LIABILITY | | | | COMBINED SINGLE LIMIT | $ |
| | | | | | BODILY INJURY (Per person) | $ |
| | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | PROPERTY DAMAGE | $ |
| | EXCESS LIABILITY<br>OTHER THAN UMBRELLA FORM | | | | EACH OCCURRENCE  AGGREGATE | $    $ |
| A | WORKER'S COMPENSATION AND EMPLOYER'S LIABILITY | WVA0096860 | 11/26/03 | 11/26/04 | STATUTORY<br>$ 100,000 (EACH ACCIDENT)<br>$ 500,000 (DISEASE-POLICY LIMIT)<br>$ 100,000 (DISEASE-EACH EMPLOYEE) | |
| | OTHER | | | | | |

**DISCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/RESTRICTIONS/SPECIAL ITEMS**

Kennedy-Warren Apt

**EXHIBIT 1**

**CERTIFICATE HOLDER**

KEY WOODWORKING, INC
6714-A INDUSTRIAL RD
SPRINGFIELD, VA 22151
F 703-914-2529

**CANCELLATION**

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING COMPANY WILL ENDEAVOR TO MAIL 10 DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO MAIL SUCH NOTICE SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE COMPANY, ITS AGENTS OR REPRESENTATIVES.

AUTHORIZED REPRESENTATIVE

## ASSIGNMENT

BANG CHUL PARK, 11501 Cardoness Lane, Suite 301, by and on behalf of myself and Image Remodeling Contractors, LLC, (ASSIGNORS), hereby sell, assign, transfer, set over and deliver to Plaintiff, ERIE INSURANCE EXCHANGE(ASSINGEE), its successors and assigns, any and all sum or sums of money now due and owing to us, and all claims, demands, and causes of action of whatsoever kind and nature, that we have had, or now have, or may have against Inho Ko, MetLife Financial Services, Companion Property & Casualty Group, or any insurance carrier(s), person(s), corporation(s), partnerships(s), or other forms of legal entity, and each and any of them, whether jointly or severally, arising out of, or for any loss, injury, or damage sustained by us, or cause or causes of action arising, growing out of, or relating to or connected with workers compensation insurance obtained, or attempted to have obtained, from Inho Ko, MetLife Financial Services, Companion Property & Casualty Group, or any insurance carrier(s), person(s), corporation(s), partnerships(s), or other forms of legal entity, or relating to or connected with the failure of said persons or entities to procure workers' compensation insurance coverage for injured employee Hyunmin Kang, date of loss June 3, 2004.

In consideration hereof, Erie Insurance Exchange and its insured, Key Woodworking, Inc. hereby agrees to hold BANG CHUL PARK and/or Image Remodeling Contractors, LLC, harmless from any and all efforts to collect personally from the Judgment entered against me and/or Image Remodeling Contractors, LLC, in the case of <u>Key Woodworking, Inc. to the use of Erie Insurance Exchange v. Bang Chul Park, Trustee of Assets for Image Remodeling Contractors, LLC</u> Case No.: 2006 CA 007566 B, in the amount of $184,538.53 together with all interest and costs.



EXHIBIT 2

That the entirety of this two (2) page agreement was translated to me into Korean by my attorney Augustine H. Kim, and I have no questions concerning any of the above agreement.

May 1, 2007
Date

_____
BANG CHUL PARK, for myself
and on behalf of Image Remodeling
Contractors, LLC

May 1, 2007
Date

_____
Augustine H. Kim, Attorney for
Bang Chul Park and Image
Remodeling Contractors, LLC

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS

Erie Insurance Exchange as assignee of Bang Chul Park and Image Remodeling Contractors

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Matthew S. Tidball, Esq., McCarthy Wilson LLP
100 S. Washington Street
Rockville, MD 20850
(301) 762-7770   tidballm@mcwilson.com

## DEFENDANTS

Inho Ko

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT   Prince William Cty
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
○ 2 U.S. Government Defendant
○ 3 Federal Question (U.S. Government Not a Party)
● 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ● 2 | ● 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ○ A. *Antitrust*
☐ 410 Antitrust

### ○ B. *Personal Injury/Malpractice*
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ○ C. *Administrative Agency Review*
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. *Temporary Restraining Order/Preliminary Injunction*
Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ○ E. *General Civil (Other)* OR ○ F. *Pro Se General Civil*

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

|  ○ G. *Habeas Corpus/ 2255*  | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ● M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☒ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

## V. ORIGIN

● 1 Original Proceeding  ○ 2 Removed from State Court  ○ 3 Remanded from Appellate Court  ○ 4 Reinstated or Reopened  ○ 5 Transferred from another district (specify)  ○ 6 Multi district Litigation  ○ 7 Appeal to District Judge from Mag. Judge

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

28 USCS s 1332 and s 1391 - Plaintiffs sue Defendant for professional malpractice, breach of contract, negligent misrepresentation, et al.

## VII. REQUESTED IN COMPLAINT

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 184,538.53    Check YES only if demanded in compl:
JURY DEMAND:  YES ☒  NO ☐

## VIII. RELATED CASE(S) IF ANY

(See instruction)  YES ☐  NO ☒  If yes, please complete related case form.

DATE 4/14/08    SIGNATURE OF ATTORNEY OF RECORD _[signature]_

---

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.