UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ERIE INSURANCE EXCHANGE, )
  )
      Plaintiff, )
  )
  v. ) Civil Action No. 08-0665 (PLF)
  )
INHO KO, )
  )
      Defendant. )

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendant's motion to dismiss for improper venue [2] is GRANTED; it is

FURTHER ORDERED that the defendant's motion to transfer venue [3] is DENIED as moot; and it is

FURTHER ORDERED that this civil action is DISMISSED without prejudice. The Clerk of the Court shall remove this case from the docket of this Court.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: June 20, 2008